# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2020

161261 & (14)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

COMMUNITY MENTAL HEALTH
PARTNERSHIP OF SOUTHEAST MICHIGAN,
PIHP, LENAWEE COUNTY COMMUNITY
MENTAL HEALTH AUTHORITY,
LIVINGSTON COUNTY COMMUNITY
MENTAL HEALTH AUTHORITY, MONROE
COUNTY COMMUNITY MENTAL HEALTH
AUTHORITY, and WASHTENAW COUNTY
COMMUNITY MENTAL HEALTH AGENCY,
    Petitioners-Appellants,

v

              SC: 161261
              COA: 351236
              Washtenaw CC: 19-000669-AA

MICHIGAN DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
    Respondent-Appellee.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 13, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0512

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2020



            Clerk